1   BRUCE M. TOWNER (No. 107019)
    TOWNER LAW OFFICES
2   214 Grant Avenue, Suite 301
    San Francisco, CA 94108
3   (415) 495-2800

4   Attorneys for Plaintiff
    JOANNE FUSCO
5

6

7                    UNITED STATES DISCTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9
    JOANNE FUSCO, an individual,                Case No. CV09-0114 MMC
10
            Plaintiff,
11
            v.                                  **STIPULATION AND [PROPOSED]**
12                                              **ORDER EXTENDING PREVIOUSLY**
    Sonoma County Junior College District;      **SET DATES [CIV. L. R. 7-12]**
13  Santa Rosa Junior College Sonoma County
    Junior College District; Cathy Burgett,
14  Michael Salinger, Steve Cohen,

15          Defendants.

16  _____/

17

18          Plaintiff Joanne Fusco ("Fusco") and defendant Sonoma County Junior College District

19  (the "District") hereby submit this Stipulation and proposed Order extending the initial dates set in

20  the above matter.

21          WHEREAS, Fusco's counsel, a sole practitioner, has a trial that conflicts with several of

22  the initially set dates;

23          NOW THEREFORE, the parties hereby stipulate and request an extension of the initially

24
    set dates as follows:
25
            1.      District's Motion to Dismiss will be reset from its presently set date of March 6,
26
    2009 at 9:00am to May 8, 2009 at 9:00am with briefing dates as respects said Motion to be
27
    extended consistent with the May 8, 2009 hearing date.
28

                                                   1

2.    The last date to meet and confer, file ADR certification and stipulations or notice of need for phone conference shall be extended from its current date of March 27, 2009 to May 8, 2009.

3.    The last date to file the Rule 26(f) report and perform associated tasks shall be extended from its present date of April 10, 2009 to May 20, 2009.

4.    The initial case management conference shall be continued from its present date of April 17, 2009 at 10:30am to June 5, 2009 at 10:30am.

TOWNER LAW OFFICES                              Dated: Feb 10, 2009

By: BRUCE M. TOWNER
Attorneys for Plaintiff
Joanne Fusco

BERTRAND, FOX & ELLIOT                          Dated: February 9, 2009

By: CHRISTINE LEE
Attorneys for Defendant
Sonoma County Junior College District

2

STIPULATION AND [PROPOSED] ORDER EXTENDING PREVIOUSLY SET DATES [CIV. L.R. 7-12]

1

<u>ORDER</u>

2
PURSUANT TO STIPULATION IT IS SO ORDERED.

3

4

5
Dated:   February 12, 2009

6
Honorable Maxine M. Chesney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING PREVIOUSLY SET DATES [CIV. L.R. 7-12]