IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE FUSCO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SONOMA COUNTY JUNIOR COLLEGE DISTRICT, et al.,<br><br>　　　　Defendants / | No. C-09-0114 MMC<br><br>**ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS; CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　In light of the Court's calendar, the hearings on defendant Sonoma County Junior College District's "Motion to Dismiss Plaintiff's Complaint," filed January 14, 2009, and defendants Cathy Burgett, Michael Salinger, and Steve Cohen's "Motion to Dismiss Plaintiff's Complaint," filed April 3, 2009, are hereby CONTINUED from May 8, 2009 to May 29, 2009.

　　　　Further, in light of the pendency of the motions to dismiss, the Case Management Conference is hereby CONTINUED from June 5, 2009 to July 24, 2009.  A Joint Case Management Statement shall be filed no later than July 17, 2009.

　　　　**IT IS SO ORDERED.**

Dated: April 30, 2009

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge