IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOANNE FUSCO,

    Plaintiff,

v.

SONOMA COUNTY JUNIOR COLLEGE DISTRICT, et al.,

    Defendants
_____/

No. C-09-0114 MMC

**ORDER VACATING MAY 29, 2009 HEARING**

    Before the Court are two motions to dismiss:  (1) Defendant Sonoma County Junior College District's Motion to Dismiss Plaintiff's Complaint, filed January 14, 2009; and (2) Defendants Cathy Burgett, Michael Salinger, and Steve Cohen's Motion to Dismiss Plaintiff's Complaint, filed March 3, 2009.  Plaintiff Joanne Fusco has filed an opposition brief responding to both motions, and defendants have filed a joint reply.  Having read and considered the papers filed in support of and in opposition to the motions, the Court finds the motions suitable for decision on the papers submitted and VACATES the hearing scheduled for May 29, 2009.

    **IT IS SO ORDERED.**

Dated: May 27, 2009

                                                  MAXINE M. CHESNEY
                                                  United States District Judge