**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE FUSCO, | No. C-09-0114 MMC |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
| v. | |
| SONOMA COUNTY JUNIOR COLLEGE DISTRICT, et al., | |
| Defendants / | |

On June 19, 2009, plaintiff electronically filed her First Amended Complaint for Damages. Plaintiff has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.

Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document. Plaintiff is hereby advised that if she fails in the future to comply with General

1  Order 45 and the Court's Standing Order to provide a chambers copy of each
2  electronically-filed document, the Court may impose sanctions, including, but not limited to,
3  striking from the record any electronically-filed document of which a chambers copy has not
4  been timely provided to the Court.

**IT IS SO ORDERED.**

Dated:  June 25, 2009

MAXINE M. CHESNEY
United States District Judge

2