IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOANNE FUSCO,

    Plaintiff,

v.

SONOMA COUNTY JUNIOR COLLEGE DISTRICT, et al.,

    Defendants

No. C-09-0114 MMC

**ORDER DENYING AS MOOT DEFERRED PORTION OF DEFENDANTS' MOTIONS TO DISMISS**

    By order filed June 1, 2009, the Court granted in part and deferred in part ruling on defendants' motions to dismiss plaintiff's initial complaint. Specifically, the Court dismissed plaintiff's Fifth Cause of Action, with leave to amend, and deferred ruling on the motions to the extent the motions sought dismissal of plaintiffs' First through Fourth Causes of Action.

    On June 19, 2009, plaintiff filed a First Amended Complaint. "[A]n amended pleading supersedes the original, the latter being treated thereafter as non-existent." Bullen v. De Bretteville, 239 F. 2d 824, 833 (9th Cir. 1956), cert. denied, 353 U.S. 947 (1957).

    Accordingly, the Court hereby DENIES as moot defendants' motions to dismiss to the extent the motions seek dismissal of the First through Fourth Causes of Action in the initial complaint.

    **IT IS SO ORDERED.**

Dated: July 6, 2009

MAXINE M. CHESNEY
United States District Judge