Eugene B. Elliot, State Bar No. 111475
Michael C. Wenzel, State Bar No. 215388
Christine Lee, State Bar No. 231617
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:     (415) 353-0999
Facsimile:     (415) 353-0990

Attorneys for Defendant SONOMA COUNTY JUNIOR COLLEGE DISTRICT,
erroneously also named as Santa Rosa Junior College and
Sonoma County Junior College District

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE FUSCO, an individual,<br><br>                    Plaintiff,<br><br>          vs.<br><br>Sonoma County Junior College District; Santa Rosa Junior College Sonoma County Junior College District; Cathy Burgett, Michael Salinger, Steve Cohen,<br><br>                    Defendants. | Case No.:  CV09-0114 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INTIAL DISCLOSURES, CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

Plaintiff JOANNE FUSCO and defendants SONOMA COUNTY JUNIOR COLLEGE DISTRICT, CATHY BURGETT, MICHAEL SALINGER and STEVE COHEN, acting by and through their respective legal counsel, hereby stipulate to the following:

1.     To continue the date to Meet and Confer regarding Initial Disclosures and the parties Rule 26 report from July 10, 2009 to September 4, 2009, or a date thereafter as convenient for the court;

2.     To continue the date to file a Rule 26 report and exchange Initial Disclosures from July 17, 2009 to September 18, 2009, or a date thereafter as convenient for the court;

1

1       3.     To continue the date to file a Joint Case Management Conference Statement from July

2   17, 2009 to September 18, 2009, or a date thereafter at the convenience of the court;

3       4.     To continue the Case Management Conference to September 25, 2009, or a date after

4   the hearing on defendants' motion to dismiss, set for August 14, 2009, at the convenience of the

5   court.

6       Good cause exists for this stipulation in the interests of judicial economy and to conserve the

7   parties' resources because the Rule 26 report and content of the parties' Initial Disclosures will

8   depend upon the pleadings, the scope of which is uncertain until the court rules on defendants'

9   motion to dismiss plaintiff's First Amended Complaint, set for hearing on August 14, 2009.

10   SO STIPULATED.

11   Dated:  July 7, 2009                BERTRAND, FOX & ELLIOT

12

13                   By:          _____/ S /_____

                              Eugene B. Elliot

14                               Michael Wenzel

15                               Christine Lee

                              Attorneys for Defendants CITY OF OAKLAND,

16                               WAYNE TUCKER, DEBRA TAYLOR JOHNSON and

                              KENNETH PARRIS

17

18   Dated:  July 7, 2009                TOWNER LAW OFFICES

19

20                   By:          _____/ S /_____

                              BRUCE M. TOWNER

21                               Attorneys for Plaintiff

22                               Joanne Fusco

23                      ATTORNEY ATTESTATION

24

      I hereby attest that I have on file all holograph signatures for any signatures indicated by a

25   "conformed" signature (/s/) within this E-filed document.

26

27

    Dated:  July 7, 2009                   _____/ S /_____

28                             Michael C. Wenzel

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL DISCLOSURES & CMC

1

**ORDER**

2      GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the Meet and Confer

3 deadline regarding the Rule 26 report and Initial Disclosures from July 24, 2009 to

4 ___September 11___, 2009 is GRANTED.

5      GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the deadline to

6 exchange initial disclosures and to file a Rule 26 report from July 17, 2009 to

7 ___September 25_____, 2009 is GRANTED.

8      GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the deadline to file a

9 Joint Case Management Statement from July 17, 2009 to ___September 25_____, 2009 is

10 GRANTED.

11      GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the Initial Case

12 Management Conference from July 24, 2009 to __October 2_____, 2009 is GRANTED.

13

14 Dated: _July 8, 2009_____                                    _____

15                                                                 The Honorable Maxine M. Chesney

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL DISCLOSURES & CMC