1  BRUCE M. TOWNER (No. 107019)
   TOWNER LAW OFFICES
2  214 Grant Avenue, Suite 301
   San Francisco, CA 94108
3  (415) 495-2800

4  Attorneys for Plaintiff
   JOANNE FUSCO

## UNITED STATES DISCTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE FUSCO, an individual, | Case No. CV09-0114 MMC |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR HEARING ON DEFENDANTS' MOTION TO DISMISS AND ASSOCIATED BRIEFING DATES** |
| Sonoma County Junior College District; Santa Rosa Junior College Sonoma County Junior College District; Cathy Burgett, Michael Salinger, Steve Cohen, | |
| Defendants. | |

Plaintiff JOANNE FUSCO ("plaintiff") and defendants SONOMA COUNTY JUNIOR COLLEGE DISTRICT, CATHY BURGETT, MICHAEL SALINGER and STEVE COHEN ("defendants"), acting by and through their respective legal counsel, hereby stipulate to continue the date for defendants' Motion to Dismiss the First Amended Complaint in this matter (and related briefing dates) from its presently set date of August 14, 2009at 9:00am to September 11 or September 18, 2009 at 9:00am, or a date thereafter as convenient for the Court;

Good cause exists for this stipulation in the interests of justice because counsel for plaintiff, a sole practitioner, has developed a conflict in his calendar as respects the present briefing and hearing schedule and no prejudice will result to the defense by said continuance.

SO STIPULATED.

Dated: July 20, 2009_____        TOWNER LAW OFFICES


                                        _____/S/_____
                                        BRUCE M. TOWNER
                                        Attorneys for Plaintiff
                                        Joanne Fusco


Dated: July 20, 2009_____        BERTRAND, FOX & ELLIOT


                                        _____/S/_____
                                        Eugene B. Elliot
                                        Michael Wenzel
                                        Christine Lee
                                        Attorneys for Defendants
                                        Sonoma County Junior College District,
                                        Cathy Burgett, Michael Salinger
                                        and Steve Cohen


ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.


Dated: July 20, 2009                    _____/S/_____
                                        Bruce M. Towner

2

## ORDER

GOOD CAUSE APPEARING THEREFOR, the hearing on defendants' Motion to Dismiss the First Amended Complaint in this matter (and related briefing schedule) is continued from its presently set date of August 14, 2009 to __September 18__, 2009 at 9:00am.

Dated: _July 22, 2009_

*Maxine M. Chesney*
Honorable Maxine M. Chesney