Eugene B. Elliot, State Bar No. 111475
Michael C. Wenzel, State Bar No. 231617
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendant SONOMA COUNTY JUNIOR COLLEGE DISTRICT, erroneously also named as Santa Rosa Junior College and Sonoma County Junior College District

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE FUSCO, an individual, | Case No. CV09-0114 MMC |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR HEARING ON DEFENDANTS' MOTION TO DISMISS AND ASSOCIATED BRIEFING DATES** |
| Sonoma County Junior College District; Santa Rosa Junior College Sonoma County Junior College District; Cathy Burgett, Michael Salinger, Steve Cohen, | |
| Defendants. | |

Defendants SONOMA COUNTY JUNIOR COLLEGE DISTRICT, CATHY BURGETT, MICHAEL SALINGER and STEVE COHEN ("defendants") and Plaintiff JOANNE FUSCO ("plaintiff") acting by and through their respective legal counsel, hereby stipulate to continue the date for hearing on defendants' Motion to Dismiss the First Amended Complaint in this matter (and related briefing dates) from its presently set date of September 18, 2009 to September 25, 2009, or as soon thereafter as convenient for the Court;

Good cause exists for this stipulation because defense counsel will be traveling outside of the Bay Area for the Jewish holiday on September 18, 2009 and unable to appear for the hearing. Good cause further exists in that counsel for plaintiff, a sole practitioner, is currently in Denver

1

attending funeral proceedings for his father in law and therefore completion of plaintiff's opposition papers by the current due date of August 28, 2009 would present a hardship.

No prejudice will result to either party as a result of the requested continuance and no currently set Court deadlines will be impacted by this one week continuance.

SO STIPULATED.

Dated: August 26, 2009             TOWNER LAW OFFICES


                                   _____/S/  Bruce M. Towner_____

                                   BRUCE M. TOWNER
                                   Attorneys for Plaintiff
                                   Joanne Fusco


Dated: August 26, 2009             BERTRAND, FOX & ELLIOT


                                   _____/S/ Michael C. Wenzel_____

                                   Eugene B. Elliot
                                   Michael Wenzel
                                   Christine Lee
                                   Attorneys for Defendants
                                   Sonoma County Junior College District,
                                   Cathy Burgett, Michael Salinger
                                   and Steve Cohen


ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: August 26, 2009             _____/S/ Michael C. Wenzel_____
                                   Michael C. Wenzel

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND BRIEFING DATES FOR MO. TO DISMISS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

GOOD CAUSE APPEARING THEREFOR, the hearing on defendants' Motion to Dismiss the First Amended Complaint in this matter (and related briefing schedule) is continued from its presently set date of September 18, 2009 to __October 2_____, 2009 at 9:00am.

Dated: __August 27, 2009_____

_____
Honorable Maxine M. Chesney

3
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND BRIEFING DATES FOR MO. TO DISMISS**