Eugene B. Elliot, State Bar No. 111475
Michael C. Wenzel, State Bar No. 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendants SONOMA COUNTY JUNIOR COLLEGE DISTRICT, erroneously also named as Santa Rosa Junior College
CATHY BURGETT, MICHAEL SALINGER, STEVE COHEN,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE FUSCO, an individual,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>SONOMA COUNTY JUNIOR COLLEGE DISTRICT; SANTA ROSA JUNIOR COLLEGE SONOMA COUNTY JUNIOR COLLEGE DISTRICT; CATHY BURGETT, MICHAEL SALINGER, STEVE COHEN,<br><br>　　　　　Defendants. | Case No.: CV09-0114 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INTIAL DISCLOSURES, CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

Plaintiff JOANNE FUSCO and defendants SONOMA COUNTY JUNIOR COLLEGE DISTRICT, CATHY BURGETT, MICHAEL SALINGER and STEVE COHEN, acting by and through their respective legal counsel, hereby stipulate to the following:

1.　　To continue the date to Meet and Confer regarding Initial Disclosures and the parties Rule 26 report from September 11, 2009 to September 25, 2009, or a date thereafter as convenient for the court;

2.　　To continue the date to file a Rule 26 report and exchange Initial Disclosures from September 25, 2009 to October 9, 2009, or a date thereafter as convenient for the court;

3.　　To continue the date to file a Joint Case Management Conference Statement from September 25, 2009 to October 9, 2009, or a date thereafter at the convenience of the court;

4. To continue the Case Management Conference from October 2, 2009 to October 16, 2009, or a date after the hearing on defendants' motion to dismiss, at the convenience of the court.

Good cause exists for this stipulation in the interests of judicial economy and to conserve the parties' resources because the Rule 26 report and content of the parties' Initial Disclosures will depend upon the pleadings, the scope of which is uncertain until the court rules on defendants' motion to dismiss plaintiff's First Amended Complaint, set for hearing on October 2, 2009.

SO STIPULATED.

Dated: September 2, 2009                                BERTRAND, FOX & ELLIOT

By:     _____/ S /   Michael C. Wenzel_____
        Eugene B. Elliot
        Michael Wenzel
        Attorneys for Defendants SONOMA COUNTY
        JUNIOR COLLEGE DISTRICT, CATHY BURGETT,
        MICHAEL SALINGER, STEVE COHEN,


Dated: September 2, 2009                                TOWNER LAW OFFICES

By:     _____/ S /   Bruce M. Towner_____
        BRUCE M. TOWNER
        Attorneys for Plaintiff
        Joanne Fusco


ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.


Dated: September 2, 2009                _____/ S /   Michael C. Wenzel_____
                                        Michael C. Wenzel

**ORDER**

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the Meet and Confer deadline regarding the Rule 26 report and Initial Disclosures from September 11, 2009 to September 25, 2009 is GRANTED.

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the deadline to exchange initial disclosures and to file a Rule 26 report from September 25, 2009 to October 9, 2009 is GRANTED.

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the deadline to file a Joint Case Management Statement from September 25, 2009 to October 9, 2009 is GRANTED.

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the Initial Case Management Conference from October 2, 2008 to October 16, 2009 is GRANTED.

Dated: September 4, 2009

The Honorable Maxine M. Chesney