Eugene B. Elliot, State Bar No. 111475
Michael C. Wenzel, State Bar No. 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

Attorneys for Defendants SONOMA COUNTY JUNIOR COLLEGE DISTRICT,
erroneously also named as Santa Rosa Junior College
CATHY BURGETT, MICHAEL SALINGER, STEVE COHEN,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE FUSCO, an individual,<br><br>    Plaintiff,<br>vs.<br>SONOMA COUNTY JUNIOR COLLEGE DISTRICT; SANTA ROSA JUNIOR COLLEGE SONOMA COUNTY JUNIOR COLLEGE DISTRICT; CATHY BURGETT, MICHAEL SALINGER, STEVE COHEN,<br><br>    Defendants. | Case No.: CV09-0114 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING** |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective undersigned counsel that Defendants SONOMA COUNTY JUNIOR COLLEGE DISTRICT; SANTA ROSA JUNIOR COLLEGE SONOMA COUNTY JUNIOR COLLEGE DISTRICT; CATHY BURGETT, MICHAEL SALINGER, STEVE COHEN shall have an extension of time through and including November 19, 2009, within which to file a responsive pleading to Plaintiffs' Second Amended Complaint.

STIPULATION AND PROPOSED ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING CV090114MMC

| | | |
|---|---|---|
| Dated: November __, 2009 | | BERTRAND, FOX & ELLIOT |

By: _____/ S /    Michael C. Wenzel_____
Eugene B. Elliot
Michael Wenzel
Attorneys for Defendants SONOMA COUNTY JUNIOR COLLEGE DISTRICT, CATHY BURGETT, MICHAEL SALINGER, STEVE COHEN,

Dated: November __, 2009                              TOWNER LAW OFFICES

By: _____/ S /    Bruce M. Towner_____
BRUCE M. TOWNER
Attorneys for Plaintiff
Joanne Fusco

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: November __, 2009                              _____/ S /    Michael C. Wenzel_____
Michael C. Wenzel

**ORDER**

IT IS SO ORDERED:

Dated: ___November 12, 2009___                    _____[signature]_____
The Honorable Maxine M. Chesney