```
Eugene B. Elliot, State Bar No. 111475
Michael C. Wenzel, State Bar No. 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:   (415) 353-0990

Attorneys for Defendants SONOMA COUNTY JUNIOR COLLEGE DISTRICT,
erroneously also named as Santa Rosa Junior College
CATHY BURGETT, MICHAEL SALINGER, STEVE COHEN,
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE FUSCO, an individual,<br><br>    Plaintiff,<br>vs.<br><br>SONOMA COUNTY JUNIOR COLLEGE DISTRICT; SANTA ROSA JUNIOR COLLEGE SONOMA COUNTY JUNIOR COLLEGE DISTRICT; CATHY BURGETT, MICHAEL SALINGER, STEVE COHEN,<br><br>    Defendants. | Case No.: CV09-0114 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL DISCLOSURES, CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

Plaintiff JOANNE FUSCO and defendants SONOMA COUNTY JUNIOR COLLEGE DISTRICT and STEVE COHEN, acting by and through their respective legal counsel, hereby stipulate to the following:

1. To continue the date to Meet and Confer regarding Initial Disclosures and the parties Rule 26 report to February 5, 2010;

2. To continue the date to file a Rule 26 report and exchange Initial Disclosures to February 12, 2010, or a date thereafter as convenient for the court;

3. To continue the date to file a Joint Case Management Conference Statement from December 11, 2009 to February 12, 2010, or a date thereafter at the convenience of the court;

4. To continue the Case Management Conference from December 18, 2009 to February

19, 2010, or any date after the hearing on defendants' motion to dismiss, at the convenience of the court.

Good cause exists for this stipulation in the interests of judicial economy and to conserve the parties' resources because the Rule 26 report and content of the parties' Initial Disclosures will depend upon the pleadings, the scope of which is uncertain until the court rules on defendants' motion to dismiss plaintiff's Second Amended Complaint, set for hearing on January 29, 2010. The motion may result in dismissal of claims that would greatly diminish the scope of permissible discovery in the action.

SO STIPULATED.

Dated: December 10, 2009         BERTRAND, FOX & ELLIOT


                                 By:      / S /    Michael C. Wenzel
                                     Eugene B. Elliot
                                     Michael Wenzel
                                     Attorneys for Defendants SONOMA COUNTY
                                     JUNIOR COLLEGE DISTRICT, CATHY BURGETT,
                                     MICHAEL SALINGER, STEVE COHEN,


Dated: December 10, 2009         TOWNER LAW OFFICES


                                 By:      / S /    Bruce M. Towner
                                     BRUCE M. TOWNER
                                     Attorneys for Plaintiff
                                     Joanne Fusco


ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.


Dated: December 10, 2009                  / S /    Michael C. Wenzel
                                     Michael C. Wenzel


Stipulation and Proposed Order Continuing Initial Disclosures, Case Management Conference and Related Dates  CV090114MMC

**ORDER**

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the Meet and Confer deadline regarding the Rule 26 report and Initial Disclosures to February 5, 2010 is GRANTED.

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the deadline to exchange initial disclosures and to file a Rule 26 report to February 12, 2010 is GRANTED.

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the deadline to file a Joint Case Management Statement from December 11, 2009 to February 12, 2010 is GRANTED.

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the Initial Case Management Conference from December 18, 2009 to February 19, 2010 is GRANTED.

Dated: December 11, 2009 _____
The Honorable Maxine M. Chesney