1  Eugene B. Elliot, State Bar No. 111475
   Michael C. Wenzel, State Bar No. 215388
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, California 94109
4  Telephone:    (415) 353-0999
   Facsimile:    (415) 353-0990
5
6  Attorneys for Defendants SONOMA COUNTY JUNIOR COLLEGE DISTRICT,
   erroneously also named as Santa Rosa Junior College
7  CATHY BURGETT, MICHAEL SALINGER, STEVE COHEN,

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 JOANNE FUSCO, an individual,          ) Case No.:  CV09-0114 MMC
                                         )
12            Plaintiff,                 ) **STIPULATION AND [PROPOSED] ORDER**
         vs.                             ) **CONTINUING INITIAL DISCLOSURES,**
13                                       ) **CASE MANAGEMENT CONFERENCE AND**
   SONOMA COUNTY JUNIOR COLLEGE          ) **RELATED DATES**
14 DISTRICT; SANTA ROSA JUNIOR           ) _____
   COLLEGE SONOMA COUNTY JUNIOR          )
15 COLLEGE DISTRICT; CATHY BURGETT,      )
   MICHAEL SALINGER, STEVE COHEN,        )
16                                       )
17            Defendants.                )
   _____

18

19        Plaintiff JOANNE FUSCO and defendants SONOMA COUNTY JUNIOR COLLEGE

20 DISTRICT and STEVE COHEN, acting by and through their respective legal counsel, hereby

   stipulate to the following:
21
22        1.      To continue the date to Meet and Confer regarding Initial Disclosures and the parties

23 Rule 26 report to February 5, 2010;

24        2.      To continue the date to file a Rule 26 report and exchange Initial Disclosures to

   February 12, 2010, or a date thereafter as convenient for the court;
25
26        3.      To continue the date to file a Joint Case Management Conference Statement from

   December 11, 2009 to February 12, 2010, or a date thereafter at the convenience of the court;
27
28        4.      To continue the Case Management Conference from December 18, 2009 to February

Stipulation and Proposed Order Continuing Initial Disclosures, Case Management Conference and Related Dates  CV090114MMC

1 | 19, 2010, or any date after the hearing on defendants' motion to dismiss, at the convenience of the

2 | court.

3 |       Good cause exists for this stipulation in the interests of judicial economy and to conserve the

4 | parties' resources because the Rule 26 report and content of the parties' Initial Disclosures will

5 | depend upon the pleadings, the scope of which is uncertain until the court rules on defendants'

6 | motion to dismiss plaintiff's Second Amended Complaint, set for hearing on January 29, 2010.  The

7 | motion may result in dismissal of claims that would greatly diminish the scope of permissible

8 | discovery in the action.

9 | SO STIPULATED.

10 | Dated:  December 10, 2009                    BERTRAND, FOX & ELLIOT

11 |

12 |                                    By:    _____ / S /    Michael C. Wenzel _____
                                              Eugene B. Elliot
13 |                                           Michael Wenzel
                                              Attorneys for Defendants SONOMA COUNTY
14 |                                           JUNIOR COLLEGE DISTRICT, CATHY BURGETT,
                                              MICHAEL SALINGER, STEVE COHEN,
15 |

16 |

17 | Dated:  December 10, 2009                    TOWNER LAW OFFICES

18 |

19 |                                    By:    _____ / S /    Bruce M. Towner _____
20 |                                           BRUCE M. TOWNER
                                              Attorneys for Plaintiff
21 |                                           Joanne Fusco

22 |

23 |                              ATTORNEY ATTESTATION

24 |       I hereby attest that I have on file all holograph signatures for any signatures indicated by a

25 | "conformed" signature (/s/) within this E-filed document.

26 |

27 | Dated:  December 10, 2009                    _____ / S /    Michael C. Wenzel _____
                                              Michael C. Wenzel
28 |

Stipulation and Proposed Order Continuing Initial Disclosures, Case Management Conference and Related Dates  CV090114MMC

1

**<u>ORDER</u>**

2      GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the Meet and Confer

3 deadline regarding the Rule 26 report and Initial Disclosures to February 5, 2010 is GRANTED.

4      GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the deadline to

5 exchange initial disclosures and to file a Rule 26 report to February 12, 2010 is GRANTED.

6      GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the deadline to file a

7 Joint Case Management Statement from December 11, 2009 to February 12, 2010 is GRANTED.

8      GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the Initial Case

9 Management Conference from December 18, 2009 to February 19, 2010  is GRANTED.

10

11 Dated: ___December 11, 2009___

12                                  _____
                                   The Honorable Maxine M. Chesney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Proposed Order Continuing Initial Disclosures, Case Management Conference and Related Dates  CV090114MMC