IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE FUSCO, | No. C-09-114 MMC |
| Plaintiff, | **ORDER VACATING JANUARY 29, 2010 HEARING ON DEFENDANTS' MOTIONS TO DISMISS** |
| v. | |
| SONOMA COUNTY JUNIOR COLLEGE DISTRICT, et al., | |
| Defendants | |

Before the Court is defendants Sonoma County Junior College District and Steve Cohen's "Motion to Dismiss Plaintiff's Second Amended Complaint," filed November 19, 2009. Plaintiff Joanne Fusco has filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court hereby deems the matter suitable for decision on the parties' respective filings, and VACATES the hearing scheduled for January 29, 2010.

**IT IS SO ORDERED.**

Dated: January 28, 2010

MAXINE M. CHESNEY
United States District Judge