Eugene B. Elliot, State Bar No. 111475
Christine Lee, State Bar No. 231617
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendants SONOMA COUNTY JUNIOR COLLEGE DISTRICT, erroneously also named as Santa Rosa Junior College and STEVE COHEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE FUSCO, an individual,<br><br>       Plaintiff,<br>   vs.<br><br>SONOMA COUNTY JUNIOR COLLEGE DISTRICT; SANTA ROSA JUNIOR COLLEGE SONOMA COUNTY JUNIOR COLLEGE DISTRICT; and STEVE COHEN,<br><br>       Defendants. | Case No.:  CV09-0114 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE TO COMPLETE MEDIATION FROM JULY 1, 2010 TO AUGUST 20, 2010** |

Plaintiff JOANNE FUSCO and defendants SONOMA COUNTY JUNIOR COLLEGE DISTRICT and STEVE COHEN, acting by and through their respective legal counsel, hereby stipulate to continue the date to complete mediation from July 1, 2010 to August 20, 2010.

Good cause exists for this stipulation because both parties need time to conduct the necessary discovery before they can participate in a meaningful mediation.  Plaintiff's deposition took place on May 11, 2010, but both parties agree that further deposition is necessary and have agreed to continue the deposition on June 15, 2010.  The deposition is set in June to allow time for the parties to agree on a protective order for the production of plaintiff's psychological records, as plaintiff has claimed psychological treatment as part of her damages.  The parties have been meeting and conferring in good faith about the production of plaintiff's psychological records and are close to agreeing about the scope of the protective order.  Also, plaintiff is expected to produce responses to written

discovery on June 8, 2010, after the DISTRICT agreed to a three-week extension for the responses.

A new mediation date has been tentatively scheduled for July 28, 2010, contingent upon the approval of the court.

SO STIPULATED.

Dated:  May 26, 2010                                         BERTRAND, FOX & ELLIOT

                                             By:     /S/
                                                   Eugene B. Elliot
                                                   Christine Lee
                                                   Attorneys for Defendants SONOMA COUNTY
                                                   JUNIOR COLLEGE DISTRICT and STEVE COHEN

Dated:  May 26, 2010                                         TOWNER LAW OFFICES

                                             By:     /S/
                                                   BRUCE M. TOWNER
                                                   Attorney for Plaintiff
                                                   Joanne Fusco

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated:  May 26, 2010                                         /S/
_____
                                                   Eugene B. Elliot

Stipulation and Proposed Order Continuing Date to Complete Mediation  CV090114MMC

1 **ORDER**

2  GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the date to complete

3 mediation from July 1, 2010 to August 20, 2010 is GRANTED.

5 Dated: May 28, 2010

The Honorable Maxine M. Chesney

Stipulation and Proposed Order Continuing Date to Complete Mediation  CV090114MMC